# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRY ALLEN PUE** | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 23-323** |
| **DR. WELLINGTON TSAI, et al.** | : | |

## ORDER

**AND NOW,** this 12th day of September, 2024, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 11, 13, and 14) it is hereby **ORDERED** that the motions are **GRANTED.** This matter is dismissed with prejudice with respect to all Defendants. The Clerk of Courts is directed to close the case.

BY THE COURT:

_____
HON. MIA R. PEREZ